**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 08-6904

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

STACY LYNN ARENA,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Newport News. Henry Coke Morgan, Jr.,
Senior District Judge. (4:95-cr-00026-JAM-3)

———————

Submitted: July 31, 2008          Decided: August 11, 2008

———————

Before NIEMEYER, TRAXLER, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Stacy Lynn Arena, Appellant Pro Se.  Charles Philip Rosenberg,
United States Attorney, Alexandria, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stacy Lynn Arena appeals the district court's order denying her motion for modification of sentence, 18 U.S.C.A. § 3582(c)(2) (West 2000 & Supp. 2008). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Arena, No. 4:95-cr-00026-JAM-3 (E.D. Va. filed Apr. 25, 2008 and entered Apr. 28, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED